

**THE STATE of ALASKA**
GOVERNOR MIKE DUNLEAVY

**Department of Natural Resources**

DIVISION OF MINING, LAND & WATER
Southcentral Regional Land Office

550 West 7th Avenue, Suite 900C
Anchorage, Alaska 99501-3577
Main: 907.269.8503
TTY: 711 or 800-770-8973
Fax: 907.269.8913

January 2, 2020

Certified Mail # 7019 1120 0000 6754 4315
Return Receipt Requested

Scandies Rose Fishing Company
Attn: Gelia Cooper
3615 Olympus Dr NE
Bremerton, WA 98310

Re: **FV Scandies Rose- ADL 233519**

To Whom It May Concern,

The Alaska Department of Natural Resources, Division of Mining, Land & Water would like to advise you that the **sinking** of the **FV Scandies Rose** on State-owned submerged lands located south of Sutwik Island is an incident for which you are financially responsible. Under AS 30.30.010 the abandonment of a vessel upon public water, or at a port or harbor, of the state without consent of the agency having jurisdiction is prohibited. The abandonment of your vessel on tidelands and/or submerged lands of the state are not authorized under AS 38.05.020 and 38.05.035 and constitutes an unauthorized trespass on public lands. Current information indicates the vessel remains at this location.

As the responsible party you are also required to contact the Alaska Department of Environmental Conservation (ADEC) in regard to any pollution discharge resulting from this incident. Please contact **ADEC Central Office at (907) 269-3063** during normal business hours or (800) 478-9300 outside normal business hours.

Based on the current status of the incident, you are requested to submit plans to this office **no later than February 3, 2020** indicating how you plan to remove the **FV Scandies Rose** and any associated solid waste, oil, and/or hazardous substances.

Your actions will be considered by the Department of Law in determining the amount of civil penalty assessed as a result of the grounding, if any.

If you have any questions, please contact me at **(907) 269-8565 (voice), (907) 269-8913 (fax), or** by email at **ben.hagedorn@alaska.gov**. Please add **ADL 233519**, the DNR case number, on any correspondence.

Sincerely,

Ben Hagedorn
Natural Resource Manager

cc: Bernie Nowicki, DEC, via email
Jeanette Alas, ADFG, via email