LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

Founded 1914

OVER A CENTURY OF SERVICE TO OUR CLIENTS

3101 WESTERN AVENUE, SUITE 500 · SEATTLE, WASHINGTON 98121-3071
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

January 28, 2020

*VIA EMAIL ONLY*

Ben Hagedorn
State of Alaska
Department of Natural Resources
550 W. 7th Avenue, Suite 900C
Anchorage, AK 99501-3557

Re: *F/V SCANDIES ROSE*
Our File No. 7483.032057

Dear Mr. Hagedorn:

I am counsel for SCANDIES ROSE in this matter. I write in response to your letter to SCANDIES ROSE dated January 2, 2020.

SCANDIES ROSE has contracted with Global Diving & Salvage for Global to go to the site of the sinking and locate the vessel, if possible. We have also contracted for Global to do an ROV survey of the vessel. Depending upon what we learn about 1) the location of the vessel, and 2) how it is sitting on the bottom we will respond to your letter of January 2nd. To date the weather has not cooperated with our efforts and we would hope that global could go out at some point within the next two to three weeks.

I trust this is adequate for your purposes at present and I will keep you advised on any progress made by Global in locating and surveying the vessel.

Very truly yours,

Michael A. Barcott

MAB:hhm

G:\7483\32057\Correspondence\Hagedorn 1-28-20.docx

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657