# Tugboat sets off to investigate sinking of Scandies Rose

to see some answers as to, why

did she go down?"

PARADIGM MARINE, THE OWNERS OF

By Matt Leseman | Posted: Sun 6:06 PM, Feb 09, 2020 | Updated: Tue 5:30 PM, Feb 11, 2020

**ANCHORAGE, Alaska (KTUU) -** The tugboat Endurance set off from Kodiak Sunday morning to locate and document the wreckage of the Scandies Rose, a crab boat that went down with five of its seven member crew on New Years Eve.

"They are headed to Sutwick to locate the Scandies and spend a few days doing sonar reports, and sending down a [remotely operated vehicle] to get pictures of her," said Gerry Cobban Knagin. Knagin is the sister of Gary Cobban, Jr., the captain of the Scandies who went missing with the ship, along with his son, David Cobban, and the other three crew members.

The Endurance is owned by Paradigm Marine, an industrial marine company that operates out of Kodiak.

"That's what we do," said Sully Sutherlin, one of Paradigm's owners. "We supply vessels and equipment for salvage, recovery, just about anything having to do with the water in Alaska."



The Endurance is a 5750 horsepower tugboat sent to investigate the wreckage of the Scandies Rose. (Photo courtesy Paradigm Marine)

Sutherlin said Paradigm was approached by the insurance companies involved in the crash, but he has a personal connection as well.

"Gerry and Gary Knagin are dear friends of mine," he said. "And we hope that this helps."

The Endurance is equipped with side-scan sonar and an ROV, which will be operated by a crew from Global Diving

and Salvage to find the wreckage and get images of it to the agencies investigating the sinking.

"It's amazing what they can see on the bottom of the ocean with all that technology," Knagin said.

In addition to the investigation, the Endurance will leave behind a buoy remembering the Scandies and its crew.

"We wrote all of the missing five people on those lime-green buoys, and then followed ADF&G regulations for crab pot buoys with the number and 'SR' for the Scandies Rose," Knagin said. "Then it'll mark the spot."

She got the idea from her brother.

"What my brother used to do is he would take those lime-green buoys, and he would put family members' names, like one per buoy, during his crab season," Knagin said. "I think we got pretty darn close to how he would've set up his own crab pot buoys."

And that's not the only way the crew of the Endurance is remembering the Scandies.

"The flags on the Endurance, Captain Mack put up two maritime flags," Knagin said. "One is Sierra, and one is Romeo, and those two put together mean absolutely nothing for maritime business, so headed out on this trip, the Sierra-Romeo stands for Scandies Rose."

Once the data is sent off to the Marine Board investigating the sinking, they can decide how to continue, but Knagin is hoping in the meantime that seeing the wreckage will bring some answers.

"I just want to see where she lays on the bottom," she said. "That'll give us some closure."

*Copyright 2020 KTUU. All rights reserved.*

Get the latest updates from ktuu.com delivered to your browser

 SUBSCRIBE TO PUSH NOTIFICATIONS



TOP ARTICLES    1/5

Dunleavy officially eases travel rules within Alaska, on road & ferry systems

READ MORE »

**Show Comments**

*Comments are posted from viewers like you and do not always reflect the views of this station.*