On Feb 25, 2020, at 1:32 PM, Michael A. Barcott <Mbarcott@hwb-law.com> wrote:

Gentlemen,

The P&I limits on the SCANDES ROSE are $1,000,000 primary and $9,000,000 excess for a total of $10,000,000 in P&I.  Including the Global bill and various other payments, there has been approximately $700,000 spent to date  (this is an estimate only).  We expect to have "order of magnitude" proposals from Global within a few days  that will address various plans, including retrieving remains and wreck removal.

Best regards,
Mike Barcott