**From:** "gmarkham@nwlink.com"
**Subject: Re: AGREEMENT FOR PROFESSIONAL SERVICES.docx**
**Date:** March 20, 2020 at 5:33:47 PM PDT
**To:** "Michael A. Barcott" <Mbarcott@hwb-law.com>

Why Mike that's the very response my colleges are constantly asking me of you (and your clients and their underwriters) in response to their various requests to see policies, ROV videos, progress with the State etc. It's late on a Friday and hopefully all should be revealed by Monday. Glad to hear that you are alive and well and that at least I have you curious?

as ever

Jerry

On Mar 20, 2020, at 5:25 PM, Michael A. Barcott <Mbarcott@hwb-law.com> wrote:

I have no idea what your other actions are. Is there really the need to be this coy?

Sent from my iPhone

**From:** "gmarkham@nwlink.com" <gmarkham@nwlink.com>
**Subject: Fwd: AGREEMENT FOR PROFESSIONAL SERVICES.docx**
**Date:** March 20, 2020 at 5:18:14 PM PDT
**To:** "Michael A. Barcott" <Mbarcott@hwb-law.com>

Per our discussions please find the proposal I promised  from Alaska registered lobby consultants Robert Evan's  and John Bitney. My discussions with them allow for various options but the SR victims are at the point were they need to see a good faith showing on your clients part

I would expect that my other efforts to try to provoke a demonstration of your represented like good faith efforts to move this case along toward a resolution

will be in place by early next week at the latest if you've not been notified of them already.

Per my yesterday email please call me as soon as you are aware of them and feel you can discuss the matter.

Jerry Markham
360-378-2047