Begin forwarded message:

**From:** "gmarkham@nwlink.com" <gmarkham@nwlink.com>
**Subject: Re: SCANDIES ROSE**
**Date:** June 20, 2020 at 11:05:10 AM PDT
**To:** "Michael A. Barcott" <Mbarcott@hwb-law.com>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>, Joe Stacey <JStacey@maritimelawyer.us>, Nigel Stacey <NStacey@maritimelawyer.us>, Jim Jacobsen <JJacobsen@maritimelawyer.us>

**From:** "Michael A. Barcott" <Mbarcott@hwb-law.com>
**Subject: RE: Activity in Case 3:20-cv-05376-BHS In re: Scandies Rose Fishing Company LLC et al Discovery, Depositions, and Joint Status Report Order Form for District Judges**
**Date:** June 19, 2020 at 3:00:37 PM PDT
**To:** 'Joe Stacey' <jstacey@maritimelawyer.us>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>, "gmarkham@nwlink.com" <gmarkham@nwlink.com>, Jim Jacobsen <jjacobsen@maritimelawyer.us>, "Nigel Stacey" <nstacey@maritimelawyer.us>, Cindy Pentecost <cpentecost@maritimelawyer.us>

**There is no chance of even discussing resolution until Jerry lets us know what his clients want to do with the boat.**

**From:** Joe Stacey [mailto:jstacey@maritimelawyer.us]
**Sent:** Friday, June 19, 2020 2:54 PM
**To:** Michael A. Barcott <Mbarcott@hwb-law.com>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>; gmarkham@nwlink.com; Jim Jacobsen <jjacobsen@maritimelawyer.us>; Nigel Stacey <nstacey@maritimelawyer.us>; Cindy Pentecost <cpentecost@maritimelawyer.us>
**Subject:** RE: Activity in Case 3:20-cv-05376-BHS In re: Scandies Rose Fishing Company LLC et al Discovery, Depositions, and Joint Status Report Order Form for District Judges

Mike

I had the impression that underwriters were inclined to make an attempt at early resolution.  Apparently I was mistaken.

*Joseph S. Stacey*
**Stacey & Jacobsen, PLLC**

4039 - 21st Avenue W., #401
Seattle, WA  98199
206-282-3100
206-282-1149 fax

CONFIDENTIAL COMMUNICATION.  This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding this to jstacey@maritimelawyer.us or by telephone at (206) 282-3100 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.


**From:** Michael A. Barcott <Mbarcott@hwb-law.com>
**Sent:** Friday, June 19, 2020 1:09 PM
**To:** Joe Stacey <jstacey@maritimelawyer.us>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>; gmarkham@nwlink.com; Jim Jacobsen <jjacobsen@maritimelawyer.us>; Nigel Stacey <nstacey@maritimelawyer.us>; Cindy Pentecost <cpentecost@maritimelawyer.us>
**Subject:** RE: Activity in Case 3:20-cv-05376-BHS In re: Scandies Rose Fishing Company LLC et al Discovery, Depositions, and Joint Status Report Order Form for District Judges

Joe,

We are inclined to have this conference in mid-late August.  We have until September 1.

Best Regards,
Mike Barcott



**From:** Joe Stacey [mailto:jstacey@maritimelawyer.us]
**Sent:** Wednesday, June 17, 2020 11:28 AM
**To:** Michael A. Barcott <Mbarcott@hwb-law.com>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>; gmarkham@nwlink.com; Jim Jacobsen <jjacobsen@maritimelawyer.us>; Nigel Stacey <nstacey@maritimelawyer.us>; Cindy Pentecost <cpentecost@maritimelawyer.us>
**Subject:** Fwd: Activity in Case 3:20-cv-05376-BHS In re: Scandies Rose Fishing Company LLC et al Discovery, Depositions, and Joint Status Report Order Form for District Judges

Mike,

Can we set time for a conference? Our preference is sooner rather than later.

Thanks

Sent from my iPhone

On Jun 8, 2020, at 4:49 PM, Michael A. Barcott <Mbarcott@hwb-law.com> wrote:

Jerry,

Do you have an answer on behalf of your clients about their desires regarding leaving or retrieving the boat.

Best Regards,
Mike Barcott