1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

10

11

12

13

14

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE SCANDIES ROSE FISHING COMPANY, LLC AND MATTSEN MANAGEMENT, LLC, AS OWNERS AND/OR OPERATORS OF THE VESSEL SCANDIES ROSE, OFFICIAL NUMBER 602351, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | No. 3:20-cv-05376-BHS<br><br>IN ADMIRALTY<br><br>**CLAIMANT LAWLER'S FIRST REQUESTS FOR PRODUCTION TO LIMITATION PLAINTIFF MATTSEN MANAGEMENT, LLC** |

15

16

**TO:        MATTSEN MANAGEMENT, LLC
               LIMITATION PLAINTIFF**

17

**AND TO:    ATTORNEYS FOR LIMITATION PLAINTIFF**

18

19

20

21

22

Pursuant to Fed R. Civ. P. Rules 26(d) and 34, you are requested to produce for inspection and copying the documents set forth below.  Your answers are to include all information known to Limitation Plaintiff, attorneys for Limitation Plaintiff, employees of Limitation Plaintiff, and investigators for Limitation Plaintiff.

23

### Definitions

24

25

26

As used in these requests for production, the term "document" shall mean any written and recorded matter of any type or nature whatsoever, however produced or reproduced.   This

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

definition includes, but is not limited to the following: any paper, writing, chart, memo, note, fax, e-mail, letter, inter office memo, report, study, statement, map, log entry, drawings, sketches, photographs, pictures, videotape, motion picture, tape recording, computer generated or stored matter and any other verbal or pictorial representation of any event or idea which has transpired, whether meant for communication to others or for personal need.  If any document has been prepared in more than one copy, or if more than one copy has been prepared, and the copies are not identical, or have undergone alteration or modification, each non-identical copy is a separate document which is requested to be produced.  If draft or preliminary copies of any documents have been made each such draft or preliminary copy of any document constitutes a separate document which is requested to be produced.

As used in these requests for production, the terms "subject inquiry," "incident," "accident," "injury," "plaintiff's injuries" mean the occurrences on or about December 30-31, 2019 when SCANDIES ROSE sank.

As used in these requests for production, "vessel" means F/V SCANDIES ROSE.

As used in these requests for production, "Claimant" means any of the crew on the vessel at the time she sank.

As used in these requests for production, "owner" means the parties (or either of them) that are attempting to limit liability in this action.

As used in these requests for production, "manager" means Mattsen Management, LLC.

With respect to any document withheld from production, under claim of privilege or for any other reason, you are requested to identify:

        (a)      The name, title, description, or type of each such document;

        (b)      The subject matter with which each such document deals;

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

(c)     The name, address, and telephone number of the person drafting or originating each such document;

(d)     The date that each such document was drafted or originated;

(e)     The intended recipient of each such document;

(f)     The name, address, and telephone number of the person having custody of such document;

(g)     The nature and privilege or other ground asserted for withholding each such document; and

(h)     The factual basis for the claim of privilege, or other ground, for withholding each such document.

**REQUEST FOR PRODUCTION NO. 1:**  Please produce any and all contract(s) between the vessel owner and the manager of the vessel in effect at the time of the sinking.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents that describe or outline the duties of Limitation Plaintiff Mattsen Management, LLC to the vessel or any of the vessel's owners.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents, electronic information, materials containing weather information that was available to the captain and/or owners and/or managers of the vessel during the week before the sinking.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 4:**  Please produce all communications (including, but not limited to, texts, electronic materials and communications, faxes, emails) between the captain and any other entity or person regarding weather during the week before the sinking.

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**  Please produce all communications (including, but not limited to, texts, electronic materials and communications, faxes, emails) between Mattsen Management, LLC and/or any of its employees, principals, or agents and the captain and/or owner (and any other person or entity) regarding weather during the week before the sinking.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**  Please produce all communications between all principals of the vessel owner regarding weather information during the week prior to the sinking and/or the cause of the sinking.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please produce a copy of the stability book for the vessel in effect at the time of the sinking.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of all stability books for the vessel over the last 10 years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents that mention the number of crab pots allowed to be carried by the vessel while maintaining compliance with the stability book at the time of the sinking.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all documents that mention or discuss the number of crab pots that the vessel carried at the time of the sinking.

**CLAIMANT LAWLER'S FIRST REQUESTS FOR**
**PRODUCTION TO LIMITATION PLAINTIFF** – Page 4

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  All documents (over last 10 years) that pertain to the vessel's stability, including any documents sent to or received from the Coast Guard, Classification Society, naval architects, or any other entity.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:**   Please produce all insurance policies (for each Petitioner) in force at the time of the sinking of the vessel, including, but not limited to, P&I, pollution, hull, AD&D, and all excess insurance policies as well as any reservation of rights letters.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13:**  Please produce a copy of the ROV inspection tape (Claimant will sign reasonable protective order).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:**   Please produce a copy of any ROV report(s) regarding the pollution that is coming from the vessel.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15:**  Please produce copies of all reports that have been generated as a result of the ROV inspection tape.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 16:**  Please produce a copy of all communication with the Coast Guard regarding the pollution and wreck removal.

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 17:**  Please produce a copy of all communication with the State of Alaska regarding the vessel sinking, pollution, and/or wreck removal.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 18:**  Please produce all documents between P&I interests and pollution interests regarding the sinking and costs associated with the aftermath, including the costs of the ROV work.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 19:**  Please produce a copy of all communication between the owner and managers and underwriters regarding the pollution, wreck removal, and any other costs related to the aftermath of the sinking.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 20:**  Please produce all documents and electronic communications (other than attorney client and work product) that mention a cause or possible cause of the sinking.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 21:**  The certificate of documentation of the vessel.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 22:**  All recorded statements of any claimant, including Lawler and Gribble, relating to the vessel sinking.

**CLAIMANT LAWLER'S FIRST REQUESTS FOR PRODUCTION TO LIMITATION PLAINTIFF** – Page 6

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 23:** All documents received from or sent to the Coast Guard since the sinking by the owners and/or managers or those working on their behalf, including lawyers.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 24:** All photographs and/or videotapes of the area that was worked on by an Anacortes and/or Kodiak shipyard before the sinking.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 25:** All the blueprints, diagrams, schematics of the vessel.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 26:** The inboard and outboard profile and general arrangement plans of the vessel.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 27:** All documents that relate to vessel's EPIRBs, including whether they worked at the time of the sinking, their testing, replacement, repair, or maintenance (over the last 5 years).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 28:** All photographs and videotapes of any and all crew, including captain, that were on the vessel at the time of sinking.

**RESPONSE:**

**CLAIMANT LAWLER'S FIRST REQUESTS FOR PRODUCTION TO LIMITATION PLAINTIFF** – Page 7

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**REQUEST FOR PRODUCTION NO. 29:**  All written documents sent to or received from any of the captain or crew, including faxes, emails, and any electronically stored information that mention or refers to the work done in the Anacortes and/or Kodiak shipyards just prior to the sinking.  This request includes, but is not limited to, work done near the discharge chute in the Anacortes and Kodiak shipyards.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 30:**  All written documents sent to or received from any of the captain or crew, including faxes, emails, and any electronically stored information which mention or refers to any leaking or problems with the vessel in the area where the work was completed in the Anacortes and/or Kodiak shipyards just prior to the sinking (as clarified in Request No. 29).

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 31:**  Produce any video and/or photographs sent by the captain of the vessel F/V SCANDIES ROSE taken during the voyage when the vessel sank.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 32:**  Please produce all documents that reflect, mention, or describe tarping of the deck load of crab pots on SCANDIES ROSE.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 33:**  Please produce all emails, correspondence, notes of conversations, texts messages, or documents that mention, refer to, describe the quality of, or complain about the work done by the shipyard in Anacortes and/or Kodiak.

**RESPONSE:**

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

1
2
3

**REQUEST FOR PRODUCTION NO. 34:**  Please produce all emails, correspondence, notes of conversations, texts messages, or documents to or from vessel managers that mention, refer to, or describe the quality of work done by the shipyard in Anacortes and/or Kodiak, including any complaints or warranty issues.

4

**RESPONSE:**

5
6

**REQUEST FOR PRODUCTION NO. 35:**  Please produce copies of all statements or records of conversations/communications provided to the Coast Guard from any source/person regarding the vessel and/or the vessel's sinking.

7
8

**RESPONSE:**

9
10
11
12

DATED this 16th of June, 2020.

13

STACEY & JACOBSEN, PLLC

14
15
16
17

By: _____
Joseph S. Stacey, WSBA #12840
jstacey@maritimelawyer.us
James P. Jacobsen, WSBA #16331
jjacobsen@maritimelawyer.us
Nigel T. Stacey, WSBA #55458
nstacey@maritimelawyer.us
Attorneys for Claimant Lawler
4039 21st Avenue W, Suite 401
Seattle, WA 98199
Phone 206.282.3100

18
19
20
21
22
23
24
25
26

CLAIMANT LAWLER'S FIRST REQUESTS FOR
PRODUCTION TO LIMITATION PLAINTIFF – Page 9

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

## VERIFICATION

State of _____           )
                                  ) ss.
County of _____             )


_____, being first duly sworn upon oath, deposes and says:

I _____, a representative of the Limitation Plaintiff _____, in the above entitled action, have read the foregoing answers to interrogatories and request for production and know the contents thereof and believe the same to be true and complete.


_____

Print Name: _____

Title: _____

SUBSCRIBED AND SWORN To before me this ___ day of _____, 2020.


_____

Print Name: _____

Notary Public in and for the State

of _____.

My Commission Expires: _____

## ATTORNEY CERTIFICATION

I certify that these responses are in compliance with CR 26 (g).

DATED this _____ day of _____, 2020.

ATTORNEY AT LAW


_____

_____, WSBA No. _____

Attorney for Limitation Plaintiff

**CLAIMANT LAWLER'S FIRST REQUESTS FOR**
**PRODUCTION TO LIMITATION PLAINTIFF** – Page 10

Stacey & Jacobsen, PLLC
Attorneys at Law
Washington Alaska Oregon
4039 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone (206) 282-3100

## <u>CERTIFICATE</u>

I hereby certify that on June 16, 2020, a true and correct copy of the foregoing was sent via email to the following persons:

Michael A. Barcott
Daniel P. Barcott
Holmes Weddle Barcott, P.C.
3101 Western Avenue, Suite 500
Seattle, WA 98121
mbarcott@hwb-law.com
dbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs

Gerald W. Markham
Gerald W. Markham, Esq.
211 Mill Bay Road
Kodiak, AK  99615                        .
gmarkham@nwlink.com
Attorney for Claimants Rainey, Ganacias, and Cobban

Kevin Coluccio
Coluccio Law
2025 1st Avenue, Suite 1130
Seattle, Washington 98121
kc@coluccio-law.com
Attorney for Claimant Estate of Seth Rousseau-Gano




*/s/ Cindy D. Pentecost*
Cindy D. Pentecost, Paralegal

**CLAIMANT LAWLER'S FIRST REQUESTS FOR
PRODUCTION TO LIMITATION PLAINTIFF** – Page 11

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100