**From:** "Michael A. Barcott" <Mbarcott@hwb-law.com>
**Subject: RE: Scandies Rose**
**Date:** June 30, 2020 at 9:15:35 AM PDT
**To:** "'gmarkham@nwlink.com'" <gmarkham@nwlink.com>
**Cc:** Kevin Coluccio <kc@coluccio-law.com>, Joe Stacey <JStacey@maritimelawyer.us>, "Webster, Jess G." <Jess.Webster@millernash.com>

Jerry,

Once again I am not going to respond to the many misstatements in your email. Discovery is not yet open in the Limitation Action but you can do what you think is right regarding a Motion to Compel.

At this point, without clear direction from your clients on whether they want the vessel retrieved or left on the bottom, I am going to ask DNR what they would like us to do in light of the expressed wishes of Jess Webster and Kevin Coluccio regarding their clients.

Best Regards,
Mike Barcott