**From:** "Michael A. Barcott" <Mbarcott@hwb-law.com>
**Subject: FW: F/V SCANDIES ROSE**
**Date:** June 30, 2020 at 9:35:03 AM PDT
**To:** Kevin Coluccio <kc@coluccio-law.com>, Joe Stacey <JStacey@maritimelawyer.us>, "'gmarkham@nwlink.com'" <gmarkham@nwlink.com>, "Webster, Jess G." <Jess.Webster@millernash.com>

FYI.

**From:** Michael A. Barcott
**Sent:** Tuesday, June 30, 2020 9:33 AM
**To:** 'ben.hagedorn@alaska.gov' <ben.hagedorn@alaska.gov>
**Subject:** FW: F/V SCANDIES ROSE

Dear Mr. Hagedorn,

I write regarding the status of the SCANDIES ROSE. Attached is my letter of March 5.

Since that time we have been in contact with the attorneys for the five deceased crewmembers regarding their clients' wishes concerning leaving the vessel on the bottom or attempting to raise her. Attorneys for two of the deceased crewmembers have advised that their clients would like to leave her on the bottom as a permanent gravesite for their loved ones. The attorney for the other three deceased crewmembers has not yet advised on his clients wishes in this regard. In light of the requests from the two families we write to ask for direction from DNR. Given that this vessel does have within it the bodies of at least two of the crew we are very sensitive to the fact that this is not just a "normal" alleged trespass, it is a gravesite, and we wish to proceed with great caution before disturbing her.

I look forward to your response.

Best Regards,
Mike Barcott