UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE SCANDIES ROSE FISHING COMPANY, LLC AND MATTSEN MANAGEMENT, LLC, AS OWNERS AND/OR OPERATORS OF THE VESSEL SCANDIES ROSE, OFFICIAL NUMBER 602351, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 3:20-cv-05376-BHS<br><br>IN ADMIRALTY<br><br>LCL 7(h)(3) ORDER DIRECTING PETITIONER TO RESPOND TO CLAIMANTS MOTION FOR RECONSIDERATION OF THIS COURT'S 6/17/20 ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, DISCOVERY, DEPOSITIONS AND EARLY SETTLEMENT<br>WA US D Ct. LCR 7(e) |

IT IS ORDERED on good cause shown in Claimants July 1, 2020 Motion to Reconsider that Petitioner shall respond to said Motion by July ____, 2020 and Claimants may file a reply __ days thereafter.

DONE this __ day of July 2020

_____
Benjamin H. Settle
United States District Judge

Claimant Estate of Barbara Coggan et al Answer, Affirmative
Defenses and Claims to Complaint for Exoneration
From or Limitation of Liability and Claim For Damages - 1

Lawrence Delay Attorney
232 "A" St. Suite 8
PO Box 698
Friday Harbor WA 98250
PH 360-378-6976
lcdelay@rockisland.com