THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE SCANDIES ROSE FISHING COMPANY LLC AND MATTSEN MANAGEMENT LLC, AS OWNERS AND/OR OPERATORS OF THE VESSEL SCANDIES ROSE, OFFICIAL NUMBER 602351, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 3:20-cv-05376-BHS<br><br>**NOTICE OF SETTLEMENT** |

COME NOW the parties to this action and notify the Court that this matter has been settled and resolved between Limitation Plaintiffs and Claimants.  Settlement funds will soon be received by counsel for Limitation Plaintiffs.  Claimants have disputes between themselves with respect to their individual claims. The allocation of amounts between claimants are disputed. Due to the complexity of the litigation and because there is a minor involved in the proposed settlement, it will may take several months to finalize the settlement process between the Limitation Plaintiffs and Claimants.  Accordingly the parties request that:

1)      All pending dates, including the trial date, be stricken;

2)      That the parties advise the Court on or before January 3, 2021, of the status of the settlement process.

**NOTICE OF SETTLEMENT** - 1
Case No. 3:20-cv-05376-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Attorney Gerald Markham who represents three estates has not signed this notice. Mr. Markham does agree that as between Limitation Plaintiffs and claimants that a settlement has been reached but is subject to Alaska Superior Court approval of that settlement as provided in the Parties settlement agreement that states:

> "In anticipation that this offer will be accepted and policy limits will be paid, the claimants will submit the appropriate paperwork for the Alaska Superior court's minor approval and payment of any share to any minor. This offer is further conditioned on the Court's approval that settlement within policy limits is in the best interests of the child."

And while he has every expectation of the Alaska Superior Court approval that this settlement within policy limits is in the best interests of the child' will be forth coming (which would allow him to represent that as between Limitations Plaintiff and Claimants a settlement has been reached) he feels he cannot sign this Notice which says settlement has been reached, when this aspect of the case remains. He is further hesitant to sign any notice that suggests that this court has no further jurisdiction over the parties until, as their settlement agreement provides, the Claimants review the Limitation Plaintiff's deductions from the policy and the exact sum due under the agreement have been determined, the settlement funds have been paid and the releases that limitation Plaintiff proposes is signed by all parties pursuant to the parties' agreement and an allocation between claimants to those funds remain undecided. With regard to the items number 1-2 he has authorized Limitation Plaintiff to state he agrees.

**NOTICE OF SETTLEMENT** - 2
Case No. 3:20-cv-05376-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 2nd day of November, 2020.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, Washington 98121
Telephone:    206-292-8008
Facsimile:    206-340-0289
Email: mbarcott@hwb-law.com
             dbarcott@hwb-law.com
Attorneys for Limitation Plaintiffs

STACEY & JACOBSEN, PLLC

*/s/ Joseph S. Stacey*
Joseph S. Stacey, WSBA #12840
jstacey@maritimelawyer.us
James P. Jacobsen, WSBA #16331
jjacobsen@maritimelawyer.us
Nigel T. Stacey, WSBA #55458
4039 21st Avenue, W, Suite 401
Seattle, WA  98199
Phone: 206-282-3100
Attorneys for Claimants Dean Gribble and Jon Lawler

COLUCCIO LAW

*/s/ Kevin Coluccio*
Kevin Coluccio, WSBA #16245
kc@coluccio-law.com
2025 1st Avenue, Suite 1130
Seattle, WA  98121
Phone: 206-826-8200
Attorney for Claimant Estate of Seth Rousseau-Gano

**NOTICE OF SETTLEMENT** - 3
Case No. 3:20-cv-05376-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2020, a true and correct copy of the foregoing was served via CM/ECF to:

**Attorneys for the Estate of Arthur Ganacias, the Estate of Brock Rainey, and the Estate of David Leigh Cobban**
Gerald W. Markham
Attorney at Law
211 Mill Bay Road
Kodiak AK 99615
gmarkham@nwlink.com
Telephone: (907) 486-4194

Lawrence Delay
Law Office of Lawrence Delay
P.O. Box 698
Friday Harbor, WA 98250-0698
lcdelay@rockisland.com
Telephone: (360) 378-6976

**Attorneys for the Estate of Seth Rousseau-Gano**
Lee Tucker
The Tucker Law Firm, PLLC
144 Railroad Ave., Suite 220
Edmonds, WA 98020
lee@thetuckerlawfirm.com
Telephone: (206) 790-5842

Kevin Coluccio
Coluccio Law
2025 First Ave., Suite 1130
Seattle, WA 98121
kc@coluccio-law.com
Telephone: (206) 623-8200

**Attorneys for Dean Gribble and Jon Lawler**
Joseph S. Stacey
James P. Jacobsen
Nigel T. Stacey
Stacey & Jacobsen, LLP
4039 21st Ave W, Suite 401
Seattle, WA 98199
jstacey@maritimelawyer.us
jjacobsen@maritimelawyer.us
nstacey@maritimelawyer.us
Telephone: (206) 282-3100

/s/ Holly Mote
Holly Mote

G:\7483\32057\Pleading\DRAFTS\Notice of Settlement.docx

**NOTICE OF SETTLEMENT** - 4
Case No. 3:20-cv-05376-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289