IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____KODIAK_____

In the Matter of the Estate of: )
)
)
)
BROCK RAINEY )
Person who Died (Decedent) )
Date of Birth: 4/17/1972 )
) CASE NO. _____3KO-20-30PR_____

**\*\*Leave This Page Blank for the Court to Fill Out\*\***

### LETTERS OF ADMINISTRATION BY COURT
(Court Opens Probate and Appoints a Personal Representative When There is No Will)

The appointed personal co-representative are: _Damian Rainey and Jill K. Wasson_.

The personal representative is:
☒ not supervised.
☐ supervised. The personal representative shall not make any distribution of the estate or exercise the following powers without prior order of the court:

_____
_____

7-20-2020                    /s/ Wallace
Date                         Signature of Registrar or Judicial Officer[1]

                             Stephen S. Wallace
                             Printed Name

I CERTIFY THAT A COPY OF THE ABOVE WAS:
☒ MAILED TO
☐ DEPOSITED IN DISTRIBUTIONARY
CLERK'S OFFICE KODIAK

/s/ Deputy Clerk          7/20/20
DEPUTY CLERK              DATE

[SEAL OF THE TRIAL COURTS OF THE THIRD JUDICIAL DISTRICT STATE OF ALASKA]

5-22-20

---

[1] **Informal** appointment under AS 13.16.115 can be made by the registrar without hearing or notice. **Formal** appointment under AS 13.16.145 must be made by a judge after hearing and notice.

Page 2 of 2
P-336 (7/17)(cs)
ACCEPTANCE OF DUTIES AND LETTERS OF ADMINISTRATION

Probate Rules 7 & 8; AS 13.16.015;
AS 13.16.245, AS 13.16.220

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____KODIAK_____

In the Matter of the Estate of:

BROCK RAINEY
Person Who Died (Decedent)
Date of Birth: 4/17/1972

CASE NO. \_\_\_\_\_3KO-20-30PR\_\_\_\_\_

**COURT'S ORDER TO START FORMAL PROBATE
AND APPOINT A PERSONAL REPRESENTATIVE WHEN THERE IS NO WILL**
(Order Adjudicating Intestacy, Determining Heirs,
and Appointing a Personal Representative in a Formal Proceeding)

A petition for adjudication of intestacy, determination of heirs, and appointment of personal representative was filed by *(name)* DAMIEN RAINEY. The court held a hearing on *(date)* July 20, 2020, and now makes the following findings and order.

**FINDINGS**

1. **Interest.** The requestor is a person with an interest in the estate because he or she is a spouse, relative, beneficiary, creditor, or fiduciary representing an interested person.

2. **Person Who Died (Decedent).** The decedent died on *(date)* 12/31/2019 at the age of 47. At least five full days have passed since the death.

3. **Filing Location.** This is the correct court to file in because the person who died:
   - [X] lived in this judicial district at the time of death.
   - [ ] did not live in Alaska at the time of death; however, the person had property located in this judicial district at the time of death.

4. **Time.** The time for probate is within the required time period because:
   - [X] less than three years have passed since the person died. more than three year
   - [ ] have passed but late probate is allowed under AS 13.16.040 because: _____

5. **Will.** The person who died did not have a valid will.

6. **Current Personal Representative.**
   - [X] No court has appointed a personal representative of the estate.
   - [ ] A court appointed a personal representative, but later ended the appointment.
   - [ ] A court appointed *(name)* _____ as personal representative who lives at *(address)* _____.

Page 1 of 3
P-331 (1/19)(cs)
COURT'S ORDER TO START FORMAL PROBATE AND APPOINT A PERSONAL REPRESENTATIVE WHEN THERE IS NO WILL

AS 13.16.180, AS 13.16.230, AS 13.16.140

7. **Right to be Appointed as Personal Representative.** The court finds that *(name)* Damian Rainey and Jill Kristine Wasson are ~~is~~ are 19 years or older and:
   - [ ] has priority for appointment as personal representative.
   - [x] may be appointed as the personal representative because all persons with a higher priority to serve as personal representative have consented to the appointment.

10. **Heirs.** The person who died is survived by the persons listed below.

| Name | Relationship to Person Who Died |
|---|---|
| Damian Rainey age 25 | Son |
| Lu Lu Brooklee Wasson age 5 | Daughter |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[Attach extra pages if necessary.]

11. **Additional Findings.**
    Pursuant to the record before the court containing testimony including the testimony of Brock Rainey, Jill K Wasson, Dean William Gribble, and Jon Ray Lawler the court finds pursuant to AS 13.06.035(4) that there is clear and convincing evidence that Brock Rainey died from drowning when the fishing vessel SCANDIES ROSE sank on December 31, 2019

12. **Notice.** Any notice required by the laws of Alaska has been given.

## ORDER

The court orders that:

1. The decedent's estate is admitted to formal probate.

2. ☒ No bond is required.  ☐ A bond is required in the amount of $_____.

3. The appointed personal representative is (name) _co-s/s<u>Damien Rainey and Till K. Wasson</u>_ are
   and he or she assumes the responsibilities after posting a bond, if required.

4. The court will issue Letters of Administration.

5. Other: _____

_7·20·2020_
Date

_[signature]_
Signature of Judicial Officer

_Stephen S. Wallace_
Printed Name

[Seal of the Trial Courts of the State of Alaska, Third Judicial District]

I CERTIFY THAT A COPY OF THE ABOVE WAS:
☒ MAILED TO _Markham_
☐ DEPOSITED IN DISTRIBUTIONARY
CLERK'S OFFICE KODIAK

_[signature]_     _7/20/20_
DEPUTY CLERK     DATE

Page 3 of 3
P-331 (1/19)(cs)
COURT'S ORDER TO START FORMAL PROBATE AND APPOINT A PERSONAL REPRESENTATIVE WHEN THERE IS NO WILL

AS 13.16.180, AS 13.16.230, AS 13.16.140