DATE

Mr. Michael Barcott
Mr. Daniel Barcott
Holmes Weddle & Barcott
ADDRESS

Re:   Policy Limits Demand
       SCANDIES ROSE
       ER 408 Offer of Compromise
       Decedent Seth Rousseau-Gano
       Decedent David Leigh Cobban
       Decedent Brock Rainey
       Decedent Arthur Ganacias
       Survivor - Jon Lawler
       Survivor - Dean Gribble
       Date of Loss:    31-Dec-2019

## *Policy limits demand – 10-day deadline*

Dear Mike and Daniel:

    We are jointing writing on behalf of all claimants employed as seaman by F/V Scandies Rose owners, Scandies Rose Fishing Co., LLC and/or Mattsen Management LLC.

    As you know, David Leigh Cobban, Brock Rainey, Arthur Ganacias and Seth Rousseau-Gano perished with the sinking of SCANDIES ROSE. Two crewmembers, Jon Lawler and Dean Gribble, survived the sinking.

Jon and Dean tell of the terrible ending experienced by their deceased fellow crewmembers. Their suffering was not instant. They all had an appreciation of their fates. You were present when Jon and Dean were interviewed by the Coast Guard. You heard their first-hand accounts of their near-death experiences suffered by them. Jon and Dean had to come to terms with their almost certain immediate deaths.

    Collectively, the pain and suffering of the crew, both the decedents and survivors, will exceed the full policy limits which were available prior to any "wasting". To be clear, we understand that the policy limits have been reduced by some "wasting" of the policy limits,

however, it is our position and assessment that prior to any "wasting" the claims exceeded the insurance policy limits available.

On behalf of the five deceased crewmembers and the two surviving claimants, and with their full authority, we request payment of the P&I policy's available limits. It is also our position that we will be provided with the opportunity to review any "wasting" of the policy limits to determine whether the represented available policy limits are appropriate.

Furthermore, this demand is conditioned upon (1) there being a least $9 million remaining on the policies, (2) receipt of a signed declaration as to the amount of available insurance and the amount of costs/expenses incurred. The claimants will agree to release the carrier from any liability beyond the policy limits, including punitive damages, upon payment of said policy limits. All claimants and their counsel authorized payment of the policy limits to STACEY & JACOBSEN, PLLC for deposit in its trust account. The claimants will thereafter undertake the division of said policy limits among themselves.

Specifically, the claimants and their counsel are as follows:

Attorney Gerald Markham, on behalf of the following decedents:

- David Leigh Cobban;
- Brock Rainey; and,
- Arthur Ganacias.

Attorneys Kevin Coluccio and Lee Tucker, on behalf of the following decedent:

- Seth Rousseau-Gano.

Attorneys Joe Stacey and Nigel Stacey, on behalf of the following claimants:

- Survivor Dean Gribble; and,
- Survivor John Lawler.

In anticipation that this offer will be accepted and policy limits will be paid, the claimants will submit the appropriate paper work for the Alaska Superior Court's minor approval and payment of any share to any minors. This offer is further conditional on the court's approval that settlement within policy limits is in the best interest of any minor child(ren). Mr. Markham will endeavor to secure approval as quickly as possible.

We are requesting payment of policy limits and demanding that confirmation of payment be provided within 10 days of this letter.

Very truly yours,

KEVIN COLUCCIO

cc. Gerald Markham
    Jess Webster
    Joe Stacey
    Nigel Stacey