**From:** gmarkham@nwlink.com 📎
**Subject:** Re: Emailing: Policy.limits.demand.9.9.20.docx
**Date:** October 1, 2020 at 5:07 PM
**To:** Kevin Coluccio  kc@coluccio-law.com,  Joe Stacey  jstacey@maritimelawyer.us,  Nigel Stacey  nstacey@maritimelawyer.us,
Janelle Selk  janelle@thetuckerlawfirm.com
**Cc:** Lee Tucker  lee@thetuckerlawfirm.com,  Wanda Creitz  Wanda@coluccio-law.com,  Cindy Pentecost  cpentecost@maritimelawyer.us

I made some minor changes the reason I need the proceeds to be deposited in my trust account is the same as the ADD policy that I don't think the court will approve the minor settlement under our rules without that condition  and it has to have jurisdiction over them. I won't stiff you and run off to Rio!

The other is your letter appears to provide that Barcott has to Accept Barcott has  to pay within 10 days. They won't do that if we haven't gotten minor approval.


Policy.limits.de
mand.1....20.pdf


Policy.limits.de
mand.1...0.docx

> On Oct 1, 2020, at 4:47 PM, Kevin Coluccio <kc@coluccio-law.com> wrote:
>
> Thanks - we will make that correction - kc
>
> -----Original Message-----
> From: Nigel Stacey <nstacey@maritimelawyer.us>
> Sent: Thursday, October 1, 2020 4:47 PM
> To: Joe Stacey <jstacey@maritimelawyer.us>; Kevin Coluccio <kc@coluccio-law.com>;
> Gmarkham@nwlink.com; Lee Tucker <lee@thetuckerlawfirm.com>
> Cc: Janelle Selk <janelle@thetuckerlawfirm.com>; Wanda Creitz <Wanda@coluccio-law.com>; Cindy Pentecost <cpentecost@maritimelawyer.us>
> Subject: RE: Emailing: Policy.limits.demand.9.9.20.docx
>
> Lawler's first name is spelled "Jon" for page 2 of the letter.  Otherwise good.
>
> Nigel T. Stacey
> Stacey & Jacobsen, PLLC
> 4039 - 21st Avenue W., Ste 401
> Seattle, WA 98199
> (206) 282-3100
>
> CONFIDENTIAL COMMUNICATION.  This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding this to nstacey@maritimelawyer.us or by telephone at (206) 282-3100 and destroy the original transmission and its attachments without reading or saving in

any manner.  Thank you.


-----Original Message-----
From: Joe Stacey <jstacey@maritimelawyer.us>
Sent: Thursday, October 1, 2020 4:42 PM
To: Kevin Coluccio <kc@coluccio-law.com>; Gmarkham@nwlink.com; Nigel Stacey <nstacey@maritimelawyer.us>; Lee Tucker <lee@thetuckerlawfirm.com>
Cc: Janelle Selk <janelle@thetuckerlawfirm.com>; Wanda Creitz <Wanda@coluccio-law.com>; Cindy Pentecost <cpentecost@maritimelawyer.us>
Subject: RE: Emailing: Policy.limits.demand.9.9.20.docx

I'm good with this letter.  Thanks

Joseph S. Stacey
Stacey & Jacobsen, PLLC
4039 - 21st Avenue W., #401
Seattle, WA  98199
206-282-3100
206-282-1149 fax

CONFIDENTIAL COMMUNICATION.  This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding this to jstacey@maritimelawyer.us or by telephone at (206) 282-3100 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.



-----Original Message-----
From: Kevin Coluccio <kc@coluccio-law.com>
Sent: Thursday, October 1, 2020 4:35 PM
To: Gmarkham@nwlink.com; Joe Stacey <jstacey@maritimelawyer.us>; Nigel Stacey <nstacey@maritimelawyer.us>; Lee Tucker <lee@thetuckerlawfirm.com>
Cc: Janelle Selk <janelle@thetuckerlawfirm.com>; Wanda Creitz <Wanda@coluccio-law.com>; Cindy Pentecost <cpentecost@maritimelawyer.us>
Subject: Emailing: Policy.limits.demand.9.9.20.docx

As noted during our conference call, we agreed to "nothing" in terms of division of policy limits if Barcott agrees to pay it.  I have attached the latest draft of the policy limits demand.  Please review and let me know if you have any comments or if we have authority to send out - kc