

October 2, 2020

Mr. Michael Barcott
Mr. Daniel Barcott
HOLMES WEDDLE & BARCOTT
3101 Western Ave, Suite 500
Seattle, WA  98121

Re:   Policy Limits Demand
      SCANDIES ROSE
      ER 408 Offer of Compromise
      Decedent Seth Rousseau-Gano
      Decedent David Leigh Cobban
      Decedent Brock Rainey
      Decedent Arthur Ganacias
      Survivor - Jon Lawler
      Survivor - Dean Gribble
      Date of Loss:        31-Dec-2019

## *Policy Limits Demand – 10-Day Deadline*

Dear Mike and Daniel:

   We jointly write on behalf of all claimants employed as seaman by F/V Scandies Rose owners, Scandies Rose Fishing Co., LLC and/or Mattsen Management LLC.

   As you know, David Leigh Cobban, Brock Rainey, Arthur Ganacias and Seth Rousseau-Gano perished with the sinking of SCANDIES ROSE. Two crewmembers, Jon Lawler and Dean Gribble, survived the sinking.

Jon and Dean tell of the terrible ending experienced by their deceased fellow crewmembers.  Their suffering was not instant. They all had an appreciation of their fates. You were present when Jon and Dean were interviewed by the Coast Guard. You heard their first-hand accounts of their near-death experiences suffered by them. Jon and Dean had to come to terms with their almost certain immediate deaths.

   Collectively, the pain and suffering of the crew, both the decedents and survivors, will exceed the full policy limits which were available prior to any "wasting". To be clear, we understand that the policy limits have been reduced by some "wasting" of the policy limits, however, it is our position and assessment that prior to any "wasting" the claims exceeded the insurance policy limits available.

   On behalf of the five deceased crewmembers and the two surviving claimants, and with their full authority, we request payment of the P&I policy's available limits.  It is also our position that we will be provided with the opportunity to review any "wasting" of the policy limits to determine whether the represented available policy limits are appropriate.

Market Place Tower
2025 First Avenue, Suite 1130      T: (206) 826-8200      kc@coluccio-law.com
Seattle, WA 98121                  F: (206) 673-8286      www.coluccio-law.com

SCANDIES ROSE - Policy Limits Demand
Page 2 of 2

Furthermore, this demand is conditioned upon (1) there being a least $9 million remaining on the policies, (2) receipt of a signed declaration as to the amount of available insurance and the amount of costs/expenses incurred. The claimants will agree to release the carrier from any liability beyond the policy limits, including punitive damages, upon payment of said policy limits. All claimants and their counsel authorize payment of the policy limits into the Gerald Markham Attorney trust account. The claimants will thereafter undertake the division of said policy limits among themselves.

Specifically, the claimants and their counsel are as follows:

Attorney Gerald Markham, on behalf of the personal representatives of the estates and wrongful death beneficiaries of the following decedents:

- David Leigh Cobban;
- Brock Rainey; and,
- Arthur Ganacias.

Attorneys Kevin Coluccio and Lee Tucker, on behalf of the personal representative of the estates and wrongful death beneficiaries of the following decedent:

- Seth Rousseau-Gano.

Attorneys Joe Stacey and Nigel Stacey, on behalf of the following claimants:

- Survivor Dean Gribble; and,
- Survivor Jon Lawler.

In anticipation that this offer will be accepted and policy limits will be paid, the claimants will submit the appropriate paperwork for the Alaska Superior Court's minor approval and payment of any share to any minors. This offer is further conditional on the court's approval that settlement within policy limits is in the best interest of any minor child(ren). Mr. Markham will endeavor to secure approval as quickly as possible. Payment to be made to the Gerald Markham trust account within 10 days after written notice approval of Superior court approval of the minor settlement

We are requesting acceptance of this  policy limits demand within 10 days of this letter.

Very truly yours,

KEVIN COLUCCIO

cc. Gerald Markham
Joe Stacey
Nigel Stacey
Lee Tucker