**From:** Michael A. Barcott Mbarcott@hwb-law.com
**Subject:** *****SPAM***** RE: Scandies Rose: Claimants Policy Limits Demand
**Date:** October 15, 2020 at 4:24 PM
**To:** Wanda Creitz Wanda@coluccio-law.com, Daniel Barcott DBarcott@hwb-law.com, gmarkham@nwlink.com
**Cc:** gmarkham@nwlink.com, Lee Tucker lee@thetuckerlawfirm.com, Kevin Coluccio kc@coluccio-law.com, janelle@thetuckerlawfirm.com, Joe Stacey jstacey@maritimelawyer.us, Nigel Stacey nstacey@maritimelawyer.us, CPentecost@maritimelawyer.us

Dear Counsel,

Your demand is accepted.

It will take a few days for us to be certain we have an complete accounting but there is more than $9,000,000 remaining on the P&I policy.  My intention is to reserve another $10,000 (which will not take us below $9,000,000) for fees and costs to finalize the various Releases and other documents related to the settlement.  If things go as is typically the case, this will be more than enough for that process.

We look forward to bringing this portion of the SCANDIES ROSE sinking to conclusion and hope your clients find some measure of closure with this step.

Best Regards,
Mike Barcott

**From:** Wanda Creitz [mailto:Wanda@coluccio-law.com]
**Sent:** Friday, October 2, 2020 1:21 PM
**To:** Daniel Barcott <DBarcott@hwb-law.com>; Michael A. Barcott <Mbarcott@hwb-law.com>; gmarkham@nwlink.com
**Cc:** gmarkham@nwlink.com; Lee Tucker <lee@thetuckerlawfirm.com>; Kevin Coluccio <kc@coluccio-law.com>; janelle@thetuckerlawfirm.com; 'Joe Stacey' <jstacey@maritimelawyer.us>; Nigel Stacey <nstacey@maritimelawyer.us>; CPentecost@maritimelawyer.us

**Subject:** Scandies Rose: Claimants Policy Limits Demand

Messrs. Barcott – please see the attached demand for your review.
Truly,

Wanda Creitz
Paralegal to Kevin Coluccio



2025 First Avenue, Suite 1130
Seattle, WA 98121-2100
206-826-8200 – Main
253-852-4229 – Direct
206-673-8286 – Fax

---

Disclaimer: This electronic message contains information from the law firm of Holmes Weddle & Barcott, A Professional Corporation, and is confidential or privileged. The information is intended solely for the use of the individual or entity named above. If you are not the intended recipient, do not read, distribute, reproduce or otherwise disclose this transmission or any of its contents. If you have received this electronic message in error, please notify us immediately via e-mail or by telephone at (907) 274-0666 (Anchorage) or (206) 292-8008 (Seattle).